IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEHRER BROTHERS CONSTRUCTION, INC.,**

 **Plaintiff,**

v.

**CUSTOM BODY COMPANY, INC., et al.,**

 **Defendants.**        Case No. 05-cv-246-DRH

## ORDER

**HERNDON, District Judge:**

  Before the Court is Plaintiff's Motion to Withhold Filing of Duplicative Exhibits (Doc. 90), in regard to its Response (Doc. 89) to defendant Custom Truck & Equipment, LLC and defendant Custom Body Co., Inc's Motion for Summary Judgment (Doc. 80). The thirty-one referenced exhibits in said Response have already been attached as exhibits in Plaintiff's Response (Doc. 88) to All Custom Defendants' Motion for Summary Judgment (Doc. 80), therefore, Plaintiff seeks to withhold a second, duplicative filing, as these exhibits are already part of the record. There has been no opposition to the instant Motion.

  The Court notes that Section 4.0 of the ECF User's Manual states that filers must not attach any pleading or other paper already on file with the court; only

a reference to the document number need be made.[1]  Therefore, said Motion (Doc. 90) is **GRANTED**.  Plaintiff is allowed to withhold a second filing of its thirty-one exhibits as the Court notes said exhibits are already part of the record as they are attached at docket number 88 in this matter.

    **IT IS SO ORDERED.**

Signed this 13th day of November, 2006.

                                          /s/         David  RHerndon
                                          **United States District Judge**

---

[1] However, the Court also notes that at times, the filer believes it necessary to attach documents already on the record to ensure the exhibits are clearly understood to accompany the Motion.  The Court does not object to certain duplicative filings when the exhibit consists of only relevant portions of the document already of the record, or when such document is integral to the filing party's arguments.  Conversely, where a document already on the record is merely cited in passing, it need not be made an exhibit to the Motion.