IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEHRER BROTHERS CONSTRUCTION, INC.,**

    **Plaintiff,**

v.

**CUSTOM BODY COMPANY, INC.,**
et al.,

    **Defendants.**                              Case No. 05-cv-246-DRH

## ORDER

**HERNDON, District Judge:**

    Pursuant to the Stipulation for Dismissal (Doc. 112), the Court hereby **ACKNOWLEDGES** that Plaintiff's cause of action against defendants Terex Corporation and Terex-RO is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  However, Plaintiff's claims against the remaining Defendants in this suit are still pending.

    **IT IS SO ORDERED.**

    Signed this 27th day of March, 2007.

                                              /s/       David  RHerndon
                                            **United States District Judge**