IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEHRER BROTHERS CONSTRUCTION, INC.,**

    **Plaintiff,**

v.

**CUSTOM BODY COMPANY, INC.,**
**et al.,**

    **Defendants.**                              **Case No. 05-cv-246-DRH**

## ORDER

**HERNDON, District Judge:**

Pursuant to the Court's April 20, 2007 Order (Doc. 122), which denied Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 115), finding a lack of subject matter jurisdiction, Plaintiff now files its Motion for Discovery (Doc. 123). The Court found Plaintiff had yet to properly plead the citizenship of the defendant LLCs in order to sufficiently claim diversity jurisdiction, stating "Plaintiff must specifically name and citizenship of each and every member comprising each defendant LLC" (Doc. 122, p. 3). In its Order, the Court also alternatively allowed Plaintiff the opportunity to file a Motion to request authorization "to conduct limited jurisdictional discovery in order to determine whether diversity of citizenship exists so that Plaintiff may thereafter attempt to file an amended complaint with sufficient jurisdictional allegations" (*Id.*). Plaintiff now seeks to conduct limited jurisdictional

discovery "[b]ecause the name and citizenship" of the members of the defendant LLCs are "not a matter of public record" (Doc. 123, p. 1).

Plaintiff's Motion for Discovery (Doc. 123) is hereby **GRANTED**. Plaintiff shall be allowed to serve written discovery, limited solely to the issue of establishing the citizenship of the defendant LLCs.

- Plaintiff shall serve written discovery upon Defendants by **Wednesday, May 2, 2007**.

- Defendants served with Plaintiff's discovery shall serve Plaintiff with responses by **Thursday, May 17, 2007**.

- Plaintiff shall thereafter file its Motion for Leave to File Amended Complaint by **Tuesday, May 22, 2007** OR Plaintiff shall file a Motion for Extension of Time, explaining why further time and/or discovery is necessary.

**IT IS SO ORDERED**.

Signed this 23rd day of April, 2007.

/s/      David RHerndon
**United States District Judge**